# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2018

## NO. 03-18-00035-CV

**Daulton Point, LLC and Michael Moore, Appellants**

**v.**

**Virginia Schoggins and Damon Schoggins, Appellees**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**DISMISSED FOR WANT OF JURISDICTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the final judgment signed by the district court on September 19, 2017. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.